# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 40378

| | |
|---|---|
| STATE OF IDAHO, | 2013 Unpublished Opinion No. 583 |
| Plaintiff-Respondent, | Filed: July 15, 2013 |
| v. | Stephen W. Kenyon, Clerk |
| VIDAL JARA, JR., | THIS IS AN UNPUBLISHED OPINION AND SHALL NOT BE CITED AS AUTHORITY |
| Defendant-Appellant. | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Patrick H. Owen, District Judge.

Judgment of conviction and unified sentence of seven years, with a minimum period of confinement of one year, for burglary, affirmed.

Sara B. Thomas, State Appellate Public Defender; Jason C. Pintler, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

---

Before LANSING, Judge; GRATTON, Judge;
and MELANSON, Judge

---

PER CURIAM

Vidal Jara, Jr. pled guilty to burglary. I.C. §§ 18-1401, 18-204. In exchange for his guilty plea, an additional charge was dismissed and the state agreed not to pursue an allegation that Jara was a persistent violator. The district court sentenced Jara to a unified term of seven years, with a minimum period of confinement of one year. Jara appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

1

the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Jara's judgment of conviction and sentence are affirmed.